IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

FILED
2012 NOV 19 PM 3:43
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Teresa Ann Pulliam
)
)
)
)
)
**Name of Plaintiff**
)
) Case No. _____
v. ) (To be assigned by Clerk)
) Jury Demand ☐ Yes ☐ No
TN Dept. of )
Corrections )
Morgan Co. )
**Name of Defendant(s)**

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964, and the Civil Rights Act of 1991, for employment discrimination. Jurisdiction is specifically conferred upon the Court by 42 U.S.C. § 2000e-5, or, if the Plaintiff is a federal employee, by 42 U.S.C. § 2000e-16. Relief is sought under 42 U.S.C. § 2000e-5(g) and/or 42 U.S.C. § 1981a(b).

2. Plaintiff, Teresa Pulliam, is a citizen of the United States and resides at
1891 Vandever Rd., Crossville,
   Street address                          City
Cumberland,   TN    38572    706-455-2937
County        State  Zip Code  Telephone Number

3. Defendant, TDOC, Morgan Co. resides at, or its business is located at
541 Wayne Cotton Morgan Dr. PO Box 2000, Wartburg
   Street address                                       City
Morgan,    TN    37887    423-346-1300
County     State  Zip Code

(If more than one Defendant, list the name and address of each additional Defendant)

David Osborne - former Warden

_____

_____

_____

4. Plaintiff sought employment from the Defendant or was employed by the Defendant at

_____, _____,
Street address                                                    City

_____, _____, _____.
County                          State                          Zip Code

5. Defendant discriminated against Plaintiff in the manner indicated in paragraphs 8 and 9 of this Complaint on or about __May__ __16__ __2011__.
                                        Month        Day        Year

6. Plaintiff filed charges against the Defendant with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission charging the Defendant with the acts of discrimination indicated in paragraphs 8 and 9 of this Complaint on or about __Feb__ __7__ __2012__.
       Month       Day       Year

7. The Equal Employment Opportunity Commission or the United States Department of Justice issued a Notice of Right to Sue which was received by Plaintiff on __August__
                                                                                                                  Month
__19__ __2012__, a copy of which Notice is attached.
Day       Year

8. Because of Plaintiff's (1) _____ race, (2) _____ color, (3) _____ sex,

    (4) _____ religion, (5) _____ national origin, the Defendant:

    a. _____ failed to employ Plaintiff.

    b. ✓ terminated Plaintiff's employment.

    c. _____ failed to promote Plaintiff.

    d. ✓ retaliated against Plaintiff for having filed a charge of discrimination.

    e. ✓ other. Explain: Forced plaintiff into Full FMLA status (~~status~~) Against her Dr.'s Advice. Then terminated employment while on FMLA leave.

9. The circumstances under which Defendant discriminated against Plaintiff were as follows:

    (You may use additional paper, if necessary.)

10. The acts set forth in paragraph 8 of this Complaint:

    a. _____ are still being committed by Defendant.

    b. ✓ are no longer being committed by Defendant.

    c. _____ may still be being committed by Defendant.

11. Plaintiff attaches to this Complaint a copy of the charges filed with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission, which charges are submitted as a brief statement of the facts supporting this Complaint.

**WHEREFORE**, Plaintiff prays that the Court grant the following relief:

a. _____ direct that Defendant employ Plaintiff, or

b. \_\_✓\_\_\_\_\_ direct that Defendant re-employ Plaintiff, or

c. _____ direct that Defendant promote Plaintiff, or

d. \_\_✓\_\_\_\_\_ order other equitable or injunctive relief: Lack of pay incrued Late fees + penalties.

e. \_\_✓\_\_\_\_\_ direct that Defendant pay Plaintiff back pay in the amount of 3mo pay and interest on back pay;

f. \_\_✓\_\_\_\_\_ direct that Defendant pay Plaintiff compensatory damages: Specify the amount and basis for compensatory damages: Lack of proper medical care d/t no pay on Fmla Status

g. \_\_✓\_\_\_\_\_ direct that Defendant pay Plaintiff punitive damages in the amount of 250,000 because Defendant engaged in a discriminatory practice or practices with malice or with reckless indifference to Plaintiff's federally protected rights, as described in paragraphs 8 and 9 above; and that the Court grant such other relief as may be appropriate, including costs and attorney's fees.

_(Signature of Plaintiff)_

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Teresa A. Pullian<br>2061 Lantana Road<br>Crossville, TN 38572 | From: | Birmingham District Office<br>Ridge Park Place<br>1130 22nd Street<br>Birmingham, AL 35205 |
|---|---|---|---|

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 494-2012-00788 | Ronald Lyas,<br>Investigator | (205) 212-2114 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*(signature)*     **AUG - 8 2012**

Delner Franklin-Thomas,
District Director     *(Date Mailed)*

Enclosures(s)

cc: Shundra D. Davis
Affirmative Action Officer
Rachel Jackson Building
320 Sixth Avenue, North
Nashville, TN 37243-0465

Enclosure with EEOC
Form 161 (11/09)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 -- *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 494-2012-00788 |

**Tennessee Human Rights Commission** _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Teresa A. Pullian | (706) 455-2937 | 11-20-1972 |

Street Address: 2061 Lantana Road, Crossville, TN 38572

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| TN DEPT OF CORRECTIONS MORGAN COUNTY | 500 or More | (432) 346-1300 |

Street Address: 541 Wayne Cotton Morgan Drive, Po Box 2000, Wartburg, TN 37887

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 05-16-2011   Latest: 11-02-2011
[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am an individual with a disability who was employed by the above-named employer as a LPN on or about October 2009. The company employs fifteen or more employees.

On or about May 16, 2011, I notified the company of my disability and a need for an accommodation. I presented medical documentation indicating that I was released to return to work with restrictions, which stated "not to work more than eight (8) hours per day, while I was receiving medical treatment for my disability." The company refused to acknowledge the doctor's request and denied my request for a reasonable accommodation. I was forced to take FMLA, even though my doctor stated that I could return to work, with restrictions not to work over eight (8) hours a day. I was continuously harassed, subjected to different terms and conditions, denied an accommodation and not allowed to work although I was medically cleared to work. I filed several complaints which no action was taken to resolve the issues. I was ultimately discharged on November 2, 2011.

I believe that I am being discriminated against because of my disability and retaliated against because I requested a reasonable accommodation and filed complaints in violation of the Americans with Disabilities Act Amendments Act of 2008.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

FEB 0 7 2012

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

Case 3:12-cv-01212 Document 1 Filed 11/19/12 Page 7 of 7 PageID #: 7