UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TERESA ANN PULLIAM ) | |
| ) | |
| Plaintiff, ) | Case No. 3:12-1212 |
| ) | JUDGE CAMPBELL |
| v. ) | |
| ) | |
| TENNESSEE DEPARTMENT ) | |
| OF CORRECTIONS, et al ) | |
| ) | |
| Defendant. ) | |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on April 22, 2013.

KEITH THROCKMORTON, CLERK

s/   Althea F. Straughter